IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Donna M

Printed: 6/10/08

Case Number: 06 B 01956
Judge: Wedoff, Eugene R

Filed: 3/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 24, 2008
Confirmed: April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,305.00 |  |
| Secured: |  | 6,322.08 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 482.92 |
| Other Funds: |  | 0.00 |
| Totals: | 9,305.00 | 9,305.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,500.00 | 2,500.00 |
| 2. | CitiMortgage Inc | Secured | 19,205.76 | 6,322.08 |
| 3. | Fingerhut Credit Advantage | Unsecured | 566.78 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 389.18 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 153.37 | 0.00 |
| 6. | Capital One | Unsecured | 1,429.81 | 0.00 |
| 7. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 8. | Card Processing Center | Unsecured |  | No Claim Filed |
| 9. | Charming Shoppes-Fashion Bug | Unsecured |  | No Claim Filed |
| 10. | FCNB Processing Center | Unsecured |  | No Claim Filed |
| 11. | Janice A Lubas DDS PC | Unsecured |  | No Claim Filed |
| 12. | Newport News | Unsecured |  | No Claim Filed |
| 13. | Wells Fargo Fin Acceptance | Unsecured |  | No Claim Filed |
| 14. | Notable Black Americans Of Achievment | Unsecured |  | No Claim Filed |
| 15. | Orchard Bank | Unsecured |  | No Claim Filed |
| 16. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 24,244.90 | $ 8,822.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 60.22 |
| 5% | 55.50 |
| 4.8% | 129.60 |
| 5.4% | 237.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Jones, Donna M | Case Number:  06 B 01956 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/10/08 | Filed:  3/2/06 |

_____
$ 482.92

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____